Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court 7 PM 4: 45

### SOUTHERN DISTRICT OF CALIFORNIA

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOHN FLAXEL, an individual;

**vs**

RICHARD SIMPSON, an individual and as officer and director of corporate entities; DENNIS PEARSON, an individual and as officer and director of corporate entities; M & A CAPITAL ADVISORS, LLC, a California Limited Liability Company; M & A CAPITAL ADVISORS, LLC., a Nevada Limited Liability Company; PAC-WEST ACQUISITIONS, INC., a California Corporation; INTRA-NETWORK SECURITIES, INC., a California Corporation; and XO FINANCIAL GROUP, a California and Nevada Corporation;

BY _____DEPUTY

## SUMMONS IN A CIVIL ACTION

Case No. 08 CV 0200 L NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

R. PATRICK MCCULLOGH
MCCULLOGH & ASSOCIATES, APC
4275 EXECUTIVE SQUARE, SUITE 940
LA JOLLA, CA 92037

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
_____
CLERK
(SEAL) J. PARIS

FEB 07 2008
_____
DATE

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)