**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*

MCCULLOGH & ASSOCIATES, APC
4275 EXECUTIVE SQUARE, SUITE 940
LA JOLLA, CA  92037

TELEPHONE NO. *(Optional)*  (858) 457-2900   FAX NO. *(Optional)* (858) 457-2950
EMAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:

**FOR COURT USE ONLY**

FILED

08 MAR 11 PM 2:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF:**
STREET ADDRESS: 880 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME:

PLAINTIFF/PETITIONER:  J. FLAXEL

DEFENDANT/RESPONDENT:  SIMPSON, PEARSON ET AL

**CASE NUMBER:**
08CV0200LNLS

Ref No. or File No.
0P117775-01/FLAXELSIMPSON

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents):*
   SUMMONS AND COMPLAINT; CIVIL COVER SHEET;

3. a. Party Served: *(specify name of party as shown on the documents served):*
   DENNIS PEARSON, AN INDIVIDUAL AND AS OFFICER AND DIRECTOR OF
   CORPORATE ENTITIES

   b. Person Served: SIMY PEARSON, CO-TENANT

4. Address where the party was served:          13722 TRENTON PLACE
                                                 SAN DIEGO, CA 92130

5. I served the party *(check proper box)*
   b. **by substituted service**. On (date):February 26, 2008 at (time): 07:20 am I left the documents listed in item 2
   with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   SIMY PEARSON, CO-TENANT

Physical Description:

| | | | |
|---|---|---|---|
| AGE: *35* | HAIR: *BLK* | HEIGHT: *5'7* | RACE: *CAUC* |
| SEX: *F* | EYES: | WEIGHT: *120* | |

   (2)  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
        place of abode of the party. I informed him or her of the general nature of the papers.
   (4)  a declaration of mailing is attached
   (5)  I attach a declaration of diligence stating actions taken first to attempt  personal service.

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

## PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure,§ 417.10

54.45



31B/0P117775-01

| PETITIONER: J. FLAXEL | CASE NUMBER: |
|---|---|
| RESPONDENT: SIMPSON, PEARSON ET AL | 08CV0200LNLS |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant

7. **Person who served papers**
   a. Name: BRIAN S. ARTHUR
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $     54.45
   e. I am: (3) a registered California process server
           (i) INDEPENDENT CONTRACTOR
           (ii) Registration No.: 326
           (iii) County : SAN DIEGO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:        March 4, 2008

        BRIAN S. ARTHUR
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

_____
(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure,§ 417.10

41B/0P117775-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE | FOR COURT USE ONLY |
|---|---|---|
| MCCULLOGH & ASSOCIATES, APC<br>4275 EXECUTIVE SQUARE, SUITE 940<br>LA JOLLA, CA 92037 | (858) 457-2900 | |

ATTORNEY FOR (NAME)

REFERENCE NUMBER
0P117775-01

Insert name of court, judicial district or branch court, if any, and post office and street address
U.S. DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
J. FLAXEL vs. SIMPSON, PEARSON ET AL

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CV0200LNLS |
|---|---|---|---|---|

I received the within process on February 20, 2008 and that after due and diligent effort I have been able to effect service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.

**Name:** DENNIS PEARSON, AN INDIVIDUAL AND AS OFFICER AND DIRECTOR OF CORPORATE ENTITIES

**Home:** 13722 TRENTON PLACE
SAN DIEGO, CA 92130

As enumerated below:

| | | |
|---|---|---|
| 02/22/08 | 07:15 am | NO ANSWER AT DOOR (RESIDENCE). STREET NAME IS TRENTO. |
| 02/23/08 | 10:25 am | NO ANSWER AT DOOR (RESIDENCE). |
| 02/24/08 | 08:10 pm | NO ANSWER AT DOOR. LIGHTS ON INSIDE OF THE RESIDENCE. |
| 02/26/08 | 07:20 am | SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO NAMED DEFENDANT. |

Fee for service:    $ 54.45

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]  Registered: . . . . SAN DIEGO . . . . County,
Number: . . . . . . . . 326 . . . . . . . .

**ADVANCED ATTORNEY SERVICES, INC.**
**3500 5th Avenue, #202, San Diego, CA 92103**
**(619)299-2012**

321/0P117775-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . March 4, 2008 . . . . . . . . ,
at: . . . . . . . . . . SAN DIEGO . . . . , California.

Signature: _____

Name: BRIAN S. ARTHUR
Title: INDEPENDENT CONTRACTOR

ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)
MCCULLOGH & ASSOCIATES, APC
4275 EXECUTIVE SQUARE, SUITE 940
LA JOLLA, CA  92037

TELEPHONE
(858) 457-2900

FOR COURT USE ONLY

ATTORNEY FOR (NAME)

REFERENCE NUMBER
0P117775-01

Insert name of court, judicial district or branch court, if any, and post office and street address
U.S. DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
J. FLAXEL vs. SIMPSON, PEARSON ET AL

| DECLARATION OF MAILING | DATE: | TIME: | DEPT./DIV: | CASE NUMBER: 08CV0200LNLS |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of San Diego, California.  I am over the age of 18 and not a party to this action.  My business address is 3500 Fifth Avenue, #202,  San Diego, CA 92103

On February 26, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D)(1) was made, I mailed copies of the:
   SUMMONS AND COMPLAINT; CIVIL COVER SHEET;

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at  SAN DIEGO, California, addressed as follows:

**DENNIS PEARSON, AN INDIVIDUAL AND AS OFFICER AND DIRECTOR OF CORPORATE ENTITIES**
**13722 TRENTON PLACE**
**SAN DIEGO, CA 92130**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on March 4, 2008 at        San Diego, California.

**Fee for service:    $  54.45**

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]   Registered: . . . . . San Diego . . . . . County,
        Number: . . . . . . . . 1249

**ADVANCED ATTORNEY SERVICES, INC.**
**3500 5th Avenue, #202, San Diego, CA 92103**
**(619)299-2012**
322/0P117775-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . . . March 4, 2008 . . . . . . . . . ,
at: . . . . . . . . . . . San Diego . . . . . . , California.

Signature: _____
Name:  R. Mericle
Title:  Employee