R. Patrick McCullogh, Esq., SBN 141399
Susan K. Chelsea, Esq., SBN 137935
McCULLOGH & ASSOCIATES APC
4275 Executive Square, Suite 940
La Jolla, California 92037
Telephone: (858) 457-2900

Attorneys for Plaintiff, John Flaxel

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FLAXEL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SIMPSON, an individual and as officer and director of corporate entities; DENNIS PEARSON, an individual and as officer and director of corporate entities; M & A CAPITAL ADVISORS, LLC., a California Limited Liability Company; M & A CAPITAL ADVISORS, LLC., a Nevada Limited Liability Company; PAC-WEST ACQUISITIONS, INC., a California Corporation; INTRA-NETWORK SECURITIES, INC., a California Corporation; and XO FINANCIAL GROUP, a California and Nevada Corporation;<br><br>Defendants. | Case No. 08 CV 0200 L NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff, JOHN FLAXEL, voluntarily dismisses the above-captioned action without prejudice as to all Defendants. There have been no appearances by any Defendants.

DATED: April 22, 2008                    McCULLOGH & ASSOCIATES, APC.


By:   /s/ R. Patrick McCullogh
       R. Patrick McCullogh
       Susan K. Chelsea
       Attorneys for Plaintiff, John Flaxel

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE